## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMES KENNEY | : | No. 596 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (LOWER POTTSGROVE | : | |
| TOWNSHIP AND DELAWARE VALLEY | : | |
| WORKERS' COMPENSATION TRUST) | : | |
| | : | |
| | : | |
| PETITION OF: LOWER POTTSGROVE | : | |
| TOWNSHIP AND DELAWARE VALLEY | : | |
| WORKERS' COMPENSATION TRUST | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.